United States Courts
Southern District of Texas
F I L E D

IN THE UNITED STATES DISTRICT COURT    MAY 0 6 2026

FOR THE SOUTHERN DISTRICT OF TEXAS Nathan Ochsner, Clerk of Court

REGINALD JOHNSON                )

    Plaintiff,                )

                             )

Vs.                )    CIVIL ACTION  4:26 cv 3659

                             )

HARRIS COUNTY TEXAS,                )

CHEVROLET CUSTOMER ASSISTANCE    )

CENTER & GENERAL MOTOR COMPANY  )

    Defendants.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

## UNDER COLOR OF LAW

Plaintiff is suing under Section 1983, for vindication of Plaintiff Federally Protected Rights under 42 United State Code 1983, which is a civil rights law passed by Congress that provides a remedy to persons who have been deprived of their federal rights under "color law." Plaintiff assert/affirm that his constitutional rights have been violated " under color of law by the  local Court in Harris County for the State of Texas. Plaintiff assert/affirm that his  State of Texas Constitution rights have been violated under State of Texas Bill of Rights Article 1, Section 15. Right for Trial by Jury. The right of trial by jury shall remain inviolate. The Texas Legislature has passed such laws as

**2.**

they need to regulate the same and maintain their purity and efficiency.

Plaintiff  assert/affirm that his constitutional rights have been violated "under color of law" by the local Court Judge for Harris County Texas.

Plaintiff assert/affirm that General Motor Company and The Chevrolet Customer Assistance Center defrauded plaintiff over Texas state lines.

1.  Under the Fourteenth Amendment these Defendants, particularly the judges of Harris County Texas owed plaintiffs a duty of care, but the defendants breached that duty of care by openly treating plaintiffs differently than the other residents in Harris County.

2. Plaintiff states this cause of action under section  42 U.S.C. 1983 and under Texas Bill of Rights Article 1 Section 15, alleging that the defendant unconstitutional action is the "Caused in fact of the plaintiff injuries." Where  the rights to a trial by jury shall remain inviolate. Plaintiff demanded a trial by jury in accordance with  federal rules of civil procedure,  Rule 38(a)(b). This jury demand was made  on November 17,2023. 1 year and 3 months before this court judge violated plaintiff  federally protected rights.

The injuries listed herein are the direct result of the defendant's breach of duty. The duty to ensure that all its citizens are  afforded their federally protected rights  to be treated in a comparable manner.

## The Parties to this complaint

### A. The Plaintiff

Name: Reginald Johnson

Address: 11627 Idlebrook Dr.

Houston, Texas 77070

County: Harris

Telephone Number 1-281-851-8041

3.

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the

defendant is an individual, a government agency, an organization, or a corporation.

for an individual defendant, include the person's job or title (if known) and check whether.

you are bringing this complaint against them in their individual capacity or official capacity,

or both.

**Defendant N0. 1:**

Name: Harris County of Texas

1001 Preston St.

Suite #500

Houston Texas 77002

Phone (713) 274-1222

**Defendant No. 2:**

Name: The General Motors & Chevrolet Customer Assistance Center

300 Renaissance Center

Detroit, Michigan 48243

1-800-222-1020

4.

## II. Grounds for Jurisdiction

Under 42 U.S.C. § 1983, a complainant may sue state, local officials, or state counties. for the deprivation of any rights, privileges, or immunities secured by the Constitution and the Fourteenth – Equal Protection of the Law. "Local government officials who violate. Constitutional rights act "under color of law" for Purpose of Section 1983, even if there, conduct was not contrary to the Texas of State Bill of Rights under Article 1, Section 15, Right of Trial by Jury.

Section 1983 provides a federal remedy for violation of constitutional rights against local officials.

The Equal Protection Clause of the Fourteenth Amendment, Section 1 of the Fourteenth Amendment to the United States Constitution and, Article 1 Section 15 of the Texas constitution prohibits governments from applying or otherwise treating similarly situated. individuals differently. The equal protection clause states that: No States or County shall make or enforce any law which shall.... deny to any person within its authority, the equal protection of the laws.

## Supplemental Jurisdictions

## 28 U.S. Code – 1331- Federal Question Jurisdiction

_ The district court shall have original jurisdiction of all civil actions arising under Constitution, laws, or treaties of the United States.

## Action for Neglect to Prevent Interference with Civil Rights (42 U.S.C. -1986)

42 U.S.C. – 1986 provides that every person who has knowledge that a wrongful act is. about to be committed and having the power to prevent the commission of such wrong, neglects or refuses to do so, is liable to the party injured for all damage caused by the

**5.**

wrongful act. The defendant in a – 1986 action need not have participated in the conspiracy or the commission of the act. The defendant, however, must have had actuality. knowledge of conspiracy. Mere negligence to act on the part of the defendant will be. sufficient to attach liability under –42 United States Code  1986.

# III. Statement of Claim

## The Underlying Facts of This Claim(s).

### 1. Statement of background facts.

This cause of action grew out of recovering money for economic damage in the Harris County Small Court System. The Damages was due to plaintiff under the Texas. Deceptive Trade Practices Act, Section 17.50, and Mental Anguish.

The Chevrolet Customer Assistance Center and General Motors Company at 300 Renaissance Center, Detroit, MI. 48243. Inter into a verbal contract with plaintiff on  a reimbursement , for repair on an automobile A/C Repair. Which General Motor Company did  not fulfill their agreement.

This  case was filed with the Harris County Small Claims Court at Precinct 4 Place 1 under Judge Lincoin Goodwin at 6831 Cypresswood Drive Klein Texas 77379 with a motion for a jury trial, dated November 17th, 2023. On February 19, 2025, Judge Lincoin Goodwin Denied Plaintiff his rights  to a jury trial. Whereby, violating plaintiff constitutional rights under the seventh and fourteenth amendments  of the United States Constitution. The parties and entities involved in this constitutional violation and related legal issues. Include Harris County, The Chevrolet Customer Assistance Center, and The General Motor Company.

## 6.

## Cause(s) of this Action.

### First Cause of Action

### Singled out and treaded differently.

Under color of law, plaintiff was (1) singled out,(2) and treated differently from all others.

who are similarly situated within the jurisdiction of Harris County, located in the state of

Texas.

### Second Cause of Action

### Disparate and exclusionary ,with Racial Animus

The Plaintiff alleges , he was intentionally being treated differently from all other

parties in a similarly situated position due to their (1) race, (2) skin color, or (3) ethnicity,

include the Plaintiff, an African American.

### Third Cause of Action

### Violation of Texas States Rights

Plaintiff alleges his States Rights to a Trial by Jury was violated in accordance

with the State of Texas Bill of Rights Article 1. Section 15. Right for Trial by Jury.

## 7.

### Fourth cause of Action

Plaintiff alleges that his motion for a Jury Trial was requested under Federal Rule of Civil Procedure - Rule 38 **(one year and three  months)** before this constitutional violation of plaintiff rights accrued

# Prayer for Relief

Plaintiff requests a court order declaring that the defendants are  in violation of the United States Constitution, Seventh Amendment rights to a trial by Jury, The  Fourteenth Amendment,  Rights to Equal Protection of the Law  and under the Texas Bill of Rights. Article 1. Section 15. Rights  to a Trial by Jury.

Plaintiff requests compensation  damages for all injuries and deprivation suffered, by  the defendants lack application of the constitutional rights owed to the plaintiff. These damages are to include damage due to (1) pain and suffering,  (2). Emotional distress, (3) harassment, and public humiliation.

Plaintiff  is entitled to  punitive damages because the defendants' conduct is and was irresponsible, unsympathetic, and unresponsive to the federally protected rights of the plaintiffs. The defendant , based on their action and behavior, appears to be  motivated by racial  animus.

Plaintiffs request monetary damages for intentional discrimination, as is applicable in Federal court jurisdiction. They have the power to award any appropriate relief in a Cognizable cause of action brought pursuant to a federal statue."

### Compensatory Damages

In case when the defendant's deliberate action aimed to cause mental suffering to the victim, the victim can file an intentional claim. An example includes constant bullying and verbal attacks within the workplaces. Emotional  trauma caused by reckless

8.

behavior is also classified as an intentional infliction. Sense of security and individual dignity .

# Punitive Damages

Plaintiffs request **punitive damages** because these defendants acted with recklessness, malice, and deceit, without total disregards of their responsibility to do care, of the constitutional rights of the Plaintiffs. Plaintiff Demand a Trial by Jury

# Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase, the cost of litigation; (2) is supported by existing law or by anon frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically, so identified, will have evidentiary support after A reasonable opportunity for further investigation or discovery will be evidentiary. support after a reasonable opportunity for further investigation or discovery; and (4) the Complaint otherwise complies with the requirements of Rule 11.

Pro Se Plaintiff
Reginald Johnson
11627 Idlebrook Dr.
Houston, Texas 77070
(281) 851-8041